Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
**WEILAND GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Appellee SMDesigns, LLC

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re STUART MOORE (USA), LTD., et al., <br><br> Debtor. | Dist. Ct. Case No. 8:18-cv-01588-JFW <br><br> Bankr. Ct. Case No. 8:18-bk-12110-ES (jointly administered) |
| CHARLES A.E. LAWRENCE, an individual, LORRAIN LAWRENCE, an individual, and ANTHONY M.C. BROWN, an individual, <br><br> Appellants, <br> v. <br><br> THOMAS H. CASEY, et al., <br><br> Appellees. | **ORDER ON STIPULATION TO DISMISS APPEAL** |

The Court having reviewed the *Stipulation to Dismiss Appeal* (the "Stipulation") filed July 23, 2019, as Docket #31, and with good cause shown,

IT IS ORDERED:

1. The Stipulation is approved;

2. The Appeal shall be dismissed with prejudice effective as of the date the order approving this Stipulation is entered on the Court's docket, with each side to bear its own attorneys' fees and costs.

3. All briefing deadlines and the hearing on oral argument are vacated.

Dated: July 24, 2019

_____
Honorable John F. Walter
United States District Court Judge

1
ORDER